B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In re:

**Robby Leslie Snyder AKA Rob Snyder**

Debtor.

Case No.: 14-03958
Chapter 13
Judge Jeffrey J. Graham

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee, by and through its mortgage servicing agent Select Portfolio Servicing, Inc.,
Name of Transferee

JPMorgan Chase Bank, National Association
Name of Transferor

Name and Address where notices to Transferee should be sent:

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Phone: (800)258-8602
Last four Digits of Acct #: 1830

Name and Address where Transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
P.O. Box 65450
Salt Lake City UT 84165-0450

Phone:  (800)258-8602
Last four Digits of Acct #: 1830

Court claim # (if known):  11-2
Amount of Claim
  Total Debt: $109,772.33
  Arrearage Portion:  $2,371.56
Date Claim Filed:  July 28, 2015

Phone: (866) 243-5851
Last Four Digits of Acct. #: 4881

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Sarah E. Barngrover              Dated: July 5, 2018

Penalty for making a false statement:  Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

18-019560_EDG