**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | : | |
|---|---|---|
| In re: | : | |
| | : | |
| Robby Leslie Snyder AKA Rob Snyder | : | Case No.: 14-03958 - JJG |
| Debtor. | : | Chapter 13 |
| | : | Judge Jeffrey J. Graham |

* * * * * * * * * * * * * * * * * * * *

## CREDITOR'S CERTIFICATE OF SERVICE FOR TRANSFER OF CLAIM

Take notice that the below signed, being counsel for the Creditor on the Transfer of Claim in the above referenced cause of action, has caused a copy of said Transfer of Claim and Certificate of Service to be served on the following parties by first class U.S. mail, postage prepaid, and properly addressed to the following parties on July 5, 2018:

Robby Leslie Snyder AKA Rob Snyder, 24561 Brehm Road, Noblesville, IN  46060

I further hereby certify that a copy of the Transfer of Claim was served on the parties listed below via the Court's e-mail notification system:

U.S. Trustee, 101 W. Ohio St.. Ste. 1000, Indianapolis, IN 46204, 317-226-6101

John Morgan Hauber, Office of John M. Hauber, Chapter 13 Trustee, 320 N. Meridian St., Ste. 200, Indianapolis, IN  46204, ecfmail@hauber13.com

Mark S. Zuckerberg, Attorney for Robby Leslie Snyder AKA Rob Snyder, 5610 Crawfordsville Rd. Ste., 1200, Indianapolis, IN  46224-3784, Margaret@waltonlegal.net

    Respectfully Submitted,

    /s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (11532-10)
Amy E. Gardner (93532)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

18-019560_EDG