UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

NTCTRC (rev 09/2014)

In re:

**Robby Leslie Snyder**,
     Debtor.

Case No. **14–03958–JJG–13**

## NOTICE OF TRANSFER OF CLAIM

A Transfer of Claim #11 was filed on July 5, 2018, by Creditor Towd Point Mortgage Trust 2018–2 and is attached to this notice.

**NOTICE IS GIVEN** that the transferee will be substituted as the original claimant without further order of the Court unless an objection is filed by July 26, 2018.

Dated: July 6, 2018

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | |
| **Robby Leslie Snyder AKA Rob Snyder** | Case No.: 14-03958 <br> Chapter 13 <br> Judge Jeffrey J. Graham |
| Debtor. | * * * * * * * * * * * * * * * * * * * * * |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee, by and through its mortgage servicing agent Select Portfolio Servicing, Inc.,                    JPMorgan Chase Bank, National Association
Name of Transferee                                                                                    Name of Transferor

Name and Address where notices to Transferee should be sent:

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Court claim # (if known): 11-2
Amount of Claim
   Total Debt: $109,772.33
   Arrearage Portion: $2,371.56
Date Claim Filed: July 28, 2015

Phone: (800)258-8602
Last four Digits of Acct #: 1830

Phone: (866) 243-5851
Last Four Digits of Acct. #: 4881

Name and Address where Transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
P.O. Box 65450
Salt Lake City UT 84165-0450

Phone: (800)258-8602
Last four Digits of Acct #: 1830

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Sarah E. Barngrover                    Dated: July 5, 2018

Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

18-019560_EDG