# Notice Recipients

District/Off: 0756−1      User: admin      Date Created: 7/6/2018
Case: 14−03958−JJG−13      Form ID: ntctrc      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
13045800    JPMorgan Chase Bank, National Association    Chase Records Center    Attn: Correspondence Mail    Mail Code LA4−5555    700 Kansas Lane    Monroe, LA. 71203

TOTAL: 1