UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Robby Leslie Snyder | ) CASE NUMBER: 14-03958-JJG-13 |
| | ) |
| | ) |
| DEBTOR | ) |

**NOTICE OF FINAL CURE PAYMENT**

    Pursuant to Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor has completed all mortgage payments under the plan.

Name of Creditor:  SELECT PORTFOLIO SERVICING INC

**FINAL CURE AMOUNT**

| Court Claim # | Trustee Claim # | Account # | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 11 | 4 | 1830 | $3,200.58 | $3,200.58 |

**MONTHLY ONGOING MORTGAGE PAYMENT**

**XX**  Mortgage was paid through the Chapter 13 conduit.
    Trustee conduit ended with the April 2019 payment and the debtor is to resume payment in May 2019.
__  Mortgage is paid directly by the Debtor.

    Within 21 days of service of this Notice, the creditor MUST file and serve on the Debtor, Debtor's counsel, and the Trustee, pursuant to Fed.R.Bank.P. 3002.1(g), a statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or negative escrow amounts due, and whether, consistent with § 1322(b)(5), the Debtor is otherwise current on all payments, or be subject to further action of the Court.

The statement shall itemize the required cure or post-petition amounts, if any, that the Creditor contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the Creditor's proof of claim and is not subject to Fed.R.Bank.P. 3001(f).  Failure to notify may result in sanctions.

Date:  April 05, 2019

                                                    /s/ John M. Hauber
                                                  John M. Hauber, Trustee

## **CERTIFICATE OF SERVICE**

I hereby certify that on Friday, April 5, 2019, a copy of the foregoing Notice of Final Cure Payment was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. The party/parties may access this filing through the Court's system.

US Trustee
ustpregion10.in.ecf@usdoj.gov

MARK S ZUCKERBERG
filings@mszlaw.com

Sarah E. Barngrover
amps@manleydeas.com

I further certify that on Friday, April 5, 2019, a copy of the foregoing Notice of Final Cure Payment was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

SELECT PORTFOLIO SERVICING INC
ATTN REMITTANCE PROCESSING
PO BOX 65450
SALT LAKE CITY, UT, 84165-0450

Robby Leslie Snyder
24561 Brehm Road
Noblesville, IN, 46060

Select Portfolio Servicing, Inc
PO Box 65250 Salt Lake City, UT 84165

/s/ John M. Hauber
John M. Hauber, Trustee