**Fill in this information to identify the case**

Debtor 1  <u>Robby Leslie Snyder AKA Rob Snyder</u>

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: <u>SOUTHERN</u> District of <u>INDIANA</u>

**(State)**

Case number  <u>14-03958</u>

## Form  4100R

### Response to Notice of Final Cure Payment                          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

Name of creditor:  <u>Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee, by</u>
<u>and through its mortgage servicing agent Select Portfolio Servicing, Inc.,</u>

Court claim no. (if known):

<u>11</u>

**Last 4 digits** of any number you use to identify the debtor's account:  1830

Property address:  <u>24561 Brehm Road</u>
          Number         Street

<u>Noblesville  IN  46060</u>
         City         State      Zip Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒  Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☒  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:       <u>08/01/2019</u>
                                                MM/DD/YYYY

☐  Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a.   Total postpetition ongoing payments due:        (a) $ _____

  b.   Total fees, charges, expenses, escrow, and costs outstanding:     (b) $ _____

  c.   Total. Add lines a and b.        (c) $ _____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:    ___/___/____
                                                   MM/DD/YYYY

18-019560_WRP

Debtor 1 ___Robby Leslie Snyder AKA Rob Snyder_____          Case
number (if known) <u>14-03958</u>
      First Name                    Middle Name        Last Name

## Part 4:       Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the
debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs,
the creditor must attach an itemized payment history disclosing the following amounts from the date of the
bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5:       Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** ___/s/ Sarah E. Barngrover_____          Date ___April 22, 2019_____
     Signature

Print:     ___Sarah E. Barngrover_____          Title ___Attorneys for Creditor_____

Company    ___Manley Deas Kochalski LLC_____

Address     ___P.O. Box 165028_____
               Number            Street

               ___Columbus, OH  43216-5028_____
               City                State       ZIP Code

Contact phone  ___614-220-5611_____          Email ___amps@manleydeas.com_____

---

Form 4100R                           **Response to Notice of Final Cure Payment**                           page **2**

18-019560_WRP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final

Cure was served on the parties listed below via e-mail notification:

U.S. Trustee, 101 W. Ohio St.. Ste. 1000, Indianapolis, IN 46204, 317-226-6101

John Morgan Hauber, Office of John M. Hauber, Chapter 13 Trustee, 320 N. Meridian St.,
Ste. 200, Indianapolis, IN  46204, ecfmail@hauber13.com

Mark S. Zuckerberg, Attorney for Robby Leslie Snyder AKA Rob Snyder, Walton Legal
Services, 5610 Crawfordsville Rd. Ste. 1200, Indianapolis, IN  46224-3784,
Margaret@waltonlegal.net


and on the below listed parties by regular U.S. mail, postage prepaid on April  22 , 2019:

Robby Leslie Snyder AKA Rob Snyder, 24561 Brehm Road, Noblesville, IN  46060


           /s/ Sarah E. Barngrover

18-019560_WRP